USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NIURKA ARIAS,

                      Plaintiff,

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------------X

21-CV-3118 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    No proof of service appears on the docket.  Nonetheless, Defendant appeared on July 19, 2021.  (Dkt. 8.)  By September 29, 2021, the parties shall file a join letter proposing a schedule consistent with this Court's Supplemental Scheduling Order in Social Security cases.  (Dkt. 7.)

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: September 23, 2021
        New York, New York

Copies transmitted this date to all counsel of record.