**CHRISTOPHER J. BOWES, ESQ.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/01/2022
```

February 1, 2022

Via ECF
Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

                                     Re:    Arias v. Kijakazi
                                                  1:21 civ 3118  (RWL)

Dear Judge Lehrburger:

      I am writing to request an extension of time, <u>nunc pro tunc</u>, in which to file Plaintiff's Motion for Judgment on the Pleadings in this case.  Plaintiff's papers should have been filed on December 6, 2022. This is plaintiff's first request for an extension of time.

      Regrettably, I completely overlooked this case for filing in December. I have been incredibly busy as many filings have bottlenecked in the past three months and I unfortunately lost track of this case on my docket. I apologize to the Court and opposing counsel. With the consent of opposing counsel, Special Assistant United States Attorney Sixtina Fernandez I respectfully request that the Court approve the following scheduling order

      February 17, 2022    Plaintiff's Motion for Judgment on the Pleadings
      April 18, 2022         Defendant's Response/Cross-Motion
      April 27, 2022         Plaintiff's Reply

      Thank you for Your Honor's attention to this matter.

                                                                  Respectfully submitted,

                                                                  /s/ *Christopher J. Bowes*
                                                                  Christopher J. Bowes
                                                                 Attorney for Plaintiff

cc:    SAUSA Sixtina Fernandez
       26 Federal Plaza, Room 3904
       New York, NY 10278
       Attorney for Defendant

SO ORDERED:

*/signature/*    2/1/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE