

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*
*Civil Division*

---

*c/o Social Security Administration*  tel: (212) 264-2217
*Office of the General Counsel*  fax: (212) 264-6372
*26 Federal Plaza, Room 3904*  ariella.zoltan@ssa.gov
*New York, New York  10278*

April 11, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2022
```

**BY CM/ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Arias v. Comm'r of Soc. Sec.*
              1:21-cv-03118-RWL

Dear Judge Lehrburger:

This Office represents Defendant in the above-referenced action.  We write respectfully to request a 30-day extension of time for Defendant to file her Cross-Motion for Judgment on the Pleadings and Response to Plaintiff's Motion for Judgment on the Pleadings, currently due on April 18, 2022, to May 18, 2022.  The reason for the request is that the Regional Counsel's Office is currently experiencing very heavy workload constraints, and more time is needed to review the record and prepare the Commissioner's response. This 30-day extension of time will allow the undersigned to have sufficient time to review the record and respond to Plaintiff's motion.  This is Defendant's first request for an extension of time to file her cross-motion in this case.  Plaintiff's counsel, Christopher Bowes, has graciously consented to the Defendant's extension request.

In the event that this motion is granted, Plaintiff's reply brief, which was originally due on April 27, 2022, will be due on May 27, 2022.

We thank this Court for its time and consideration.


                                                  Respectfully,

                                                  DAMIAN WILLIAMS
                                                  United States Attorney

By: *s/Maria Fragassi Santangelo*
MARIA FRAGASSI SANTANGELO
Special Assistant United States Attorney
c/o Social Security Administration
26 Federal Plaza, Room 3904
New York, New York 10278
Telephone: 212.264.2303
Fax: 212.264.6372
E-mail: Maria.Fragassi@ssa.gov

cc: Christopher Bowes, Esq.
Via CM/ECF

SO ORDERED:

_____  4/11/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE