**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
NIURKA ARIAS,

                        Plaintiff,                      21 **CIVIL** 3118 (RWL)

      -against-                            **JUDGMENT**

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

                        Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order Social Security Appeal dated August 24, 2022, pursuant to sentence four of 42 U.S.C. § 405(g), Aria's motion is DENIED and the Commissioner's motion is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
           August 26, 2022

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                          **BY:**    *J. Saviñon*
                                                    **Deputy Clerk**